RECEIVED
JUL 2 4 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| Collins | Civil Action No. 17-cv-00347 |
| versus | Judge Rebecca F. Doherty |
| Iberia Comprehensive Community Health Center Inc et al | Magistrate Judge Carol B. Whitehurst |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Defendants' Motion to Dismiss for Failure to Exhaust Administrative Remedies is **GRANTED** [Rec. Doc. 7] and that Plaintiff's claims be **DISMISSED WITHOUT PREJUDICE** in order to allow Plaintiff to bring suit once her administrative remedies have been exhausted.

**THUS DONE AND SIGNED** in Lafayette, ~~Louisiana,~~ on this _24_ day of _July_, 2017.

Rebecca F. Doherty
United States District Judge